## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 5th day of March, 2007, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Nicole C. Fiori, Esquire
*Igloo Products Corp.*
1001 West Sam Houston Parkway NL
P.O. Box 19322
Houston, TX 77224-9322

                                                                                              /s/ M. Augustine
                                                                                              Mary E. Augustine (No. 4477)

3

653069-1